UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS HYMAN,<br><br>    *Plaintiff,*<br><br>v.<br><br>NORTH AMERICAN VAN LINES, INC.,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>)   NO. 04-30151-MAP<br>)<br>)<br>) |

## NOTICE OF REMOVAL

**TO:** The Honorable Judges of the United States District Court for the District of Massachusetts:

1. The Petitioner, North American Van Lines, Inc. ("North American"), respectfully shows, upon information and belief, that it is the defendant in the above-entitled civil action brought by the plaintiff, Thomas Hyman, which is now pending in the Southern Berkshire Division, District Court Department, Berkshire County Massachusetts, Civil Action No. 0429 CV 100 ("Civil Action").

2. On or about July 30, 2004, this Civil Action was commenced in the aforesaid Southern Berkshire District Court Department, and Petitioner was served with the Summons, Complaint and Plaintiff's Statement of Damages, **Exhibit A** hereto, on August 3, 2004, as shown in the officer's Return of Service therein.

3. Upon information and belief, no further proceedings have been had in said Civil Action, and the time of Petitioner within which to file a notice of removal has not expired.

4.     **Jurisdiction**.  Based on the allegations contained in the Complaint, this is a civil suit which may be removed to this Court by Petitioner pursuant to 28 U.S.C. §§1331, 1337(a) and 1441, in that the Plaintiff alleges a claim involving an Act of Congress regulating commerce, to wit: a claim in excess of $10,000, exclusive of costs, for loss or damage to a shipment of the Plaintiffs' personal property transported by Petitioner North American in interstate commerce from Alameda, California to Stockbridge, Massachusetts on or about July 31, 2002.  Complaint, ¶¶ 4-9.  Therefore, the Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. § 14706, governs Plaintiff's claims against North American for loss or damage to the shipment.  The amount of damages claimed by Plaintiff against North American is $15,000.00.  See Exhibit A, Statement of Damages.  The action is therefore removable pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441.

Pursuant to 28 U.S.C. §1441(a), this action is one that may be removed by Petitioners to this Court.

5.     **Venue**.  Petitioner desires to remove this action to the district court of the United States for the district in which it is now pending, to wit, the District of Massachusetts.  28 U.S.C. §1446(a).

6.     After the filing of this Notice of Removal with the United States District Court for the District of Massachusetts, (a) written notice of the filing of this notice will be given by the attorneys for Petitioner to Plaintiff and all other parties as provided by law, (b) a certified copy of this notice will be filed with the Clerk of the Southern Berkshire Division, District Court Department, Great Barrington, Massachusetts, and (c) certified copies of all pleadings on file in said Southern Berkshire Division, District Court Department will be filed with this Court.

7. Petitioner has a good and sufficient defense to the Plaintiff's claims in this action.

8. No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, Petitioner North American Van Lines, Inc. prays that this action be removed from the Southern Berkshire Division, District Court Department, Great Barrington, Massachusetts, to the United States District Court for the District of Massachusetts.

                    NORTH AMERICAN VAN LINES, INC.
                    By its attorney,

August 13, 2004

                    Wesley S. Chused, BBO #083520
                    Patrick O. McAleer, BBO #642627
                    LOONEY & GROSSMAN LLP
                    101 Arch Street
                    Boston, MA 02110
                    (617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2004, I served a copy of the foregoing **NOTICE OF REMOVAL** upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

                    Nicholas L. Parsenios, Esq.
                    49 Main Street
                    P.O. Box 734
                    Lee, MA 01238

                    Wesley S. Chused

Case 3:04-cv-30151-MAP    Document 1    Filed 08/16/2004    Page 4 of 9

Uniform Form DCM-13
AR4-76

# Trial Court of The Commonwealth
# District Courts of Massachusetts

BERKSHIRE _____, ss

Thomas Hyman

v.

North American Van Lines, Inc.

District Court Department
Southern Berkshire Division
James B. McElroy Memorial Courthouse
9 Gilmore Avenue
Great Barrington, Massachusetts 01230

Civil Action No. 0429 CV 100

## SUMMONS
(Rule 4)

To defendant **North American Van Lines, Inc.** of **5001 US Hgwy. 30 West, POB 988 Fort Wayne,**
    (name)                                                        (address) **IN, 46801-0988**

You are hereby summoned and required to serve upon **Nicholas L. Parsenios**, plaintiff('s attorney), whose address is **49 Main Street, POB 734, Lee, MA 01238**, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS **JAMES B. McELROY**_____, Presiding Justice, on **July 30, 2004**
                                                                            (date)

(SEAL)

_____
                    Clerk

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

## RETURN OF SERVICE

On _____ I served a copy of the within summons, together with a copy of the
     (date of service)
complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

True copy Attest
8/3/04

_____ (signature)
Deputy Sheriff Sutton

_____ (name and title)

_____ (address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) Please place date you make service on defendant in the box on the copy served on the defendant, on the original returned to the court and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 91).

This form prescribed by the Chief Justice of the District Courts

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT DEPARTMENT

BERKSHIRE, ss.                  DISTRICT COURT DIVISION
                                SOUTHERN BERKSHIRE DISTRICT COURT
                                DOCKET NO. 0429 CV

THOMAS HYMAN,                   )
                                )
        Plaintiff               )
                                )
                                )   COMPLAINT
v.                              )
                                )
NORTH AMERICAN VAN LINES, INC., )
                                )
        Defendant               )
                                )

COPY

## INTRODUCTION:

1) Thomas Hyman (hereinafter sometimes referred to as the "Plaintiff") is a natural person residing and domiciled at 18 Lukeman Lane, Stockbridge, Berkshire County, Commonwealth of Massachusetts.

2) North American Van Lines, Inc. (hereinafter sometimes referred to as the "Defendant"), is a foreign corporation duly organized, existing and doing business in the Commonwealth of Massachusetts with a principal place of business at P.O. Box 988, Fort Wayne, Indiana, 46801-0988.

3) Upon information and belief, the Defendant is actively engaged in the business of moving personal property and household effects for hire.

## FACTS:

4) On or about July 1, 2002, Plaintiff entered into a written contract (the "contract") with Defendant.

5) The Defendant was hired by Plaintiff to transport and move Plaintiff's personal property and household effects from his residence at 981 Pearl Street, Alameda, California to his residence at 18 Lukeman Lane, Stockbridge, Massachusetts (the "premises").

6) At all times between July 1, 2002 and July 31, 2002 and all other times relevant hereto the Plaintiff's personal property and household effects were in the care, custody and control of the Defendant and/or Defendant's agents or employees acting on behalf of the Defendant.

7) On or about July 31, 2002 and in the months thereafter, the Plaintiff discovered that numerous items of his personal property and household effects were damaged and/or missing.

8) Plaintiff submitted several items of correspondence to the Defendant requesting reimbursement and or replacement for his losses.

9) To date, Defendant has failed to compensate Plaintiff for the injuries sustained to his personal property.

## Count I
### Breach of Contract

10) The Plaintiff restates and realleges the averments contained in the foregoing paragraphs (1-9) as if each was fully set forth herein.

11) Plaintiff and Defendant entered into a valid contract, express and/or implied.

12) Plaintiff has substantially complied with his obligations under the parties' contract, express and/or implied.

13) Defendant has failed to comply with the obligations undertaken and agreed to by Defendant, express and/or implied, pursuant to the terms of the parties' contract.

14) Defendant has been and continues to be in material breach of his its obligations under the parties' contract.

15) As a result of Butler's breach, the Plaintiff has failed to receive the benefit of her bargain and incurred financial and other pecuniary injury.

**WHEREFORE** the Plaintiff requests that this Honorable Court find in his favor as to all counts contained in this Complaint, issue judgment in his favor and award him actual damages, pre-judgment interest, post-judgment interest, costs, reasonable attorneys' fees and such other relief as the Court deems reasonable, just and proper.

RESPECTFULLY SUBMITTED,
Thomas Hyman,
By his Attorney,

Nicholas L. Parsenios
49 Main Street, P.O. Box 734
Lee, Massachusetts 01238
(413) 243-6086
(413) 243-4775
B.B.O. 637511

July 30, 2004

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT DEPARTMENT

BERKSHIRE, ss.    DISTRICT COURT DIVISION
SOUTHERN BERKSHIRE DISTRICT COURT.
DOCKET NO. 0429 CV

THOMAS HYMAN, )
)
Plaintiff )
)
v. )
)
NORTH AMERICAN VAN LINES, INC., )
)
Defendant )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the Plaintiff in the above entitled action.

RESPECTFULLY SUBMITTED,

Nicholas L. Parsenios
49 Main Street, P.O. Box 734
Lee, Massachusetts 01238
(413) 243-6086
(413) 243-4775
B.B.O. 637511

July 30, 2004

| STATEMENT OF DAMAGES<br>St. 1996, c. 358, s. 5 | DATE FILED (To be added by Clerk)<br>August 2, 2004 | DOCKET NUMBER (To be added by Clerk) | Trial Court of Massachusetts |
|---|---|---|---|

PLAINTIFF(S)

Thomas Hyman

DEFENDANT(S)

North American Van Lines, Inc.

INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BERKSHIRE, ESSEX, MIDDLESEX AND NORFOLK COUNTIES.

Southern Berkshire _____ DISTRICT COURT

**COPY**

### TORT CLAIMS

AMOUNT

A. Documented medical expenses to date:

1. Total hospital expenses: .................................................. $ _____
2. Total doctor expenses: .................................................... $ _____
3. Total chiropractic expenses: ............................................. $ _____
4. Total physical therapy expenses: ....................................... $ _____
5. Total other expenses (Describe): _____
   $ _____

SUBTOTAL: $ _____

B. Documented lost wages and compensation to date: ........... $ _____
C. Documented property damages to date: ............................ $ _____
D. Reasonably anticipated future medical and hospital expenses: $ _____
E. Reasonably anticipated lost wages: .................................. $ _____
F. Other documented items of damage (Describe): _____
   $ _____

G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): _____

For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: $ _____

### CONTRACT CLAIMS

AMOUNT

Provide a detailed description of claim(s): Plaintiff and Defendant were parties to a   $ 0
written contract whereby Defendant agreed to load, transport and move   $ 0
Plaintiff's personal property. Defendant failed to do so in accordance   $ 15,000.00
with its contractual duties and caused great damage to said property

For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: $ 15,000.00

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):

Signature [signed]

Nicholas L. Parsenios
Print or Type Name

49 Main Street, POB 734, Lee, MA 01238
Address

Date: July 30, 2004

637511
B.B.O.#

DEFENDANT'S NAME AND ADDRESS:

North American Van Lines, Inc.

5001 US Hwy. 30 West, POB 988

Fort Wayne, IN 46801-0988