UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS HYMAN, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| NORTH AMERICAN VAN LINES, INC., | ) ) | NO. 04-30151-MAP |
| *Defendant.* | ) ) ) | |

**DEFENDANT NORTH AMERICAN VAN LINES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)**

Defendant North American Van Lines, Inc. states that it is a wholly owned subsidiary of Allied Worldwide, Inc., which is a privately held company.

NORTH AMERICAN VAN LINES, INC.
By its attorney,

August 13, 2004

Wesley S. Chused, BBO #083520
Patrick O. McAleer, BBO #642627
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\5358\027\Pld\03 (Corporate Disclosure).doc