# Trial Court of Massachusetts
## District Court Department

| | |
|---|---|
| **DATE FILED** 8/2/04 | **TIME STANDARDS TRIAL REQUEST DEADLINES** August 31, 2005 | **DOCKET NUMBER** 0429CV 100 |

US Dk #04CV30151

| PLAINTIFF | DEFENDANT |
|---|---|
| Thomas Hyman | North American Van Lines, Inc. |

Gt. Barrington District Court
9 Gilmore Avenue
Gt. Barrington, MA 01230

| PLAINTIFF ATTORNEY | DEFENDANT ATTORNEY |
|---|---|
| Nicholas L. Parsenios | Wesley [illegible] Esq |

**MONEY DAMAGE ACTION (TIME STANDARDS)**
☐ Remand    ☒ District Court Filing
☐ SUMMARY PROCESS   ☐ VICTIM VIOLENT CRIME   ☐ OTHER CIVIL

$195

## DOCKET ENTRIES

9491B000098/02/04CIVSPSMCLM 150.00
9491B000008/02/04SURCHARGE 15.00

| NO. | DATE | |
|---|---|---|
| 1. | 8/2/04 | Complaint filed  ☒ Statement of damages filed (if applicable) |
| 2. | 8/2/04 | Notice of Appearance for Plaintiff filed by Atty. Parsenios |
| 3 | 8-23-04 | Notice of Removal filed |
| 4 | 8-13-04 | Notice of filing Notice of Removal pursuant to 28 U.S.C. § 1446(d) filed |
| | 8-25-04 | Phone Conference Re: Remand - Atty Parsenios Atty [illegible] + Judge Rutberg - Case Dismissed to be brought US. District Court. |

**DATE OF ENTRY OF JUDGMENT**
August 25, 04

☒ CIVIL    ☐ SUMMARY PROCESS

☒ Judgment for _Dismissal - (Rutberg, J) Filed United States District Ct._

☐ $ _____ damages, plus $ _____ prejudgment interest and $ _____ costs
plus $ _____ interest from date of judgment entry to date of execution

**JUDGMENT TOTAL** $
**EXECUTION TOTAL** $

☐ Possession

☐ Judgment on defendant's counterclaim for _____
☐ $ _____ damages, plus $ _____ prejudgment interest and $ _____ costs
plus $ _____ interest from date of judgment entry to date of execution.

**COUNTERCLAIM JUDGMENT TOTAL** $
**COUNTERCLAIM EXECUTION TOTAL** $

A TRUE COPY, ATTEST
CLERK MAGISTRATE

DC-CV1 (4/90)

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT DEPARTMENT

BERKSHIRE, ss.

DISTRICT COURT DIVISION
SOUTHERN BERKSHIRE DISTRICT COURT
DOCKET NO. 0429 CV 100

THOMAS HYMAN,

    Plaintiff

v.

NORTH AMERICAN VAN LINES, INC.,

    Defendant

**COMPLAINT**

## INTRODUCTION:

1) Thomas Hyman (hereinafter sometimes referred to as the "Plaintiff") is a natural person residing and domiciled at 18 Lukeman Lane, Stockbridge, Berkshire County, Commonwealth of Massachusetts.

2) North American Van Lines, Inc. (hereinafter sometimes referred to as the "Defendant"), is a foreign corporation duly organized, existing and doing business in the Commonwealth of Massachusetts with a principal place of business at P.O. Box 988, Fort Wayne, Indiana, 46801-0988.

3) Upon information and belief, the Defendant is actively engaged in the business of moving personal property and household effects for hire.

## FACTS:

4) On or about July 1, 2002, Plaintiff entered into a written contract (the "contract") with Defendant.

5) The Defendant was hired by Plaintiff to transport and move Plaintiff's personal property and household effects from his residence at 981 Pearl Street, Alameda, California to his residence at 18 Lukeman Lane, Stockbridge, Massachusetts (the "premises").

6) At all times between July 1, 2002 and July 31, 2002 and all other times relevant hereto the Plaintiff's personal property and household effects were in the care, custody and control of the Defendant and/or Defendant's agents or employees acting on behalf of the Defendant.

A TRUE COPY ATTEST

CLERK - MAGISTRATE

RECEIVED
AUG - 2 2004

7) On or about July 31, 2002 and in the months thereafter, the Plaintiff discovered that numerous items of his personal property and household effects were damaged and/or missing.

8) Plaintiff submitted several items of correspondence to the Defendant requesting reimbursement and or replacement for his losses.

9) To date, Defendant has failed to compensate Plaintiff for the injuries sustained to his personal property.

## Count I
### Breach of Contract

10) The Plaintiff restates and realleges the averments contained in the foregoing paragraphs (1-9) as if each was fully set forth herein.

11) Plaintiff and Defendant entered into a valid contract, express and/or implied.

12) Plaintiff has substantially complied with his obligations under the parties' contract, express and/or implied.

13) Defendant has failed to comply with the obligations undertaken and agreed to by Defendant, express and/or implied, pursuant to the terms of the parties' contract.

14) Defendant has been and continues to be in material breach of his its obligations under the parties' contract.

15) As a result of Butler's breach, the Plaintiff has failed to receive the benefit of her bargain and incurred financial and other pecuniary injury.

**WHEREFORE** the Plaintiff requests that this Honorable Court find in his favor as to all counts contained in this Complaint, issue judgment in his favor and award him actual damages, pre-judgment interest, post-judgment interest, costs, reasonable attorneys' fees and such other relief as the Court deems reasonable, just and proper.

RESPECTFULLY SUBMITTED,
Thomas Hyman,
By his Attorney,

_____
Nicholas L. Parsenios
49 Main Street, P.O. Box 734
Lee, Massachusetts 01238
(413) 243-6086
(413) 243-4775
B.B.O. 637511

July 30, 2004

A TRUE COPY ATTEST
CLERK MAGISTRATE
AUG - 2 2004

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT DEPARTMENT

② 

BERKSHIRE, ss.   DISTRICT COURT DIVISION
SOUTHERN BERKSHIRE DISTRICT COURT
DOCKET NO. 0429 CV 100

THOMAS HYMAN,

  Plaintiff

v.

NORTH AMERICAN VAN LINES, INC.,

  Defendant

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the Plaintiff in the above entitled action.

RESPECTFULLY SUBMITTED,

*[signature]*

Nicholas L. Parsenios
49 Main Street, P.O. Box 734
Lee, Massachusetts 01238
(413) 243-6086
(413) 243-4775
B.B.O. 637511

July 30, 2004

A TRUE COPY, ATTEST
*[signature]*
CLERK MAGISTRATE

RECEIVED
AUG - 2 2004

| STATEMENT OF DAMAGES | DATE FILED (To be added by Clerk) | DOCKET NUMBER (To be added by Clerk) | Trial Court of Massachusetts |
|---|---|---|---|
| St. 1996, c. 358, s. 5 | Aug. 2, 2004 | 0429CV10C | |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Thomas Hyman | North American Van LInes, Inc. |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BERKSHIRE, ESSEX, MIDDLESEX AND NORFOLK COUNTIES. | Southern Berkshire _____ DISTRICT COURT |

## TORT CLAIMS

| | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|    1. Total hospital expenses: | $ _____ |
|    2. Total doctor expenses: | $ _____ |
|    3. Total chiropractic expenses: | $ _____ |
|    4. Total physical therapy expenses: | $ _____ |
|    5. Total other expenses (Describe): _____ | $ _____ |
| SUBTOTAL: | $ _____ |
| B. Documented lost wages and compensation to date: | $ _____ |
| C. Documented property damages to date: | $ _____ |
| D. Reasonably anticipated future medical and hospital expenses: | $ _____ |
| E. Reasonably anticipated lost wages: | $ _____ |
| F. Other documented items of damage (Describe): _____ | $ _____ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): _____ | |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ _____ |

## CONTRACT CLAIMS

| | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): Plaintiff and Defendant were parties to a written contract whereby Defendant agreed to load, transport and move Plaintiff's personal Property. Defendant failed to do so in accordance with its contractual duties and caused great damage to said property. | $ 0 <br> $ 0 <br> $ 15,000.00 |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ 15,000.00 |

| ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF): | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| Signature [signed] | North American Van Lines, Inc. |
| July 30, 2004 Date | |
| Nicholas L. Parsenios | 5001 US Hgwy. 30 West, POB 988 |
| Print or Type Name  637511 B.B.O.# | |
| 49 Main Street, POB 734, Lee, MA 01238 | Fort Wayne, IN  46801-0988 |
| Address | |

A TRUE COPY ATTEST
CLERK-MAGISTRATE



COMMONWEALTH OF MASSACHUSETTS

BERKSHIRE, SS.                                SOUTHERN BERKSHIRE DIVISION
                                              DISTRICT COURT DEPT.

| | |
|---|---|
| THOMAS HYMAN, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| NORTH AMERICAN VAN LINES, INC., ) | NO. 0429 CV 100 |
| ) | |
| *Defendant.* ) | |
| ) | |

## NOTICE OF FILING NOTICE OF REMOVAL
## PURSUANT TO 28 U.S.C. §1446(d)

**TO:**   (1)   Civil Clerk, Southern Berkshire Division, District Court Department, 9 Gilmore Avenue, Great Barrington, MA 01230; and

(2)   Nicholas L. Parsenios, Esq., 49 Main Street, P.O. Box 734, Lee, MA 01238.

---

**Please take notice** that a Notice of Removal removing the within action, Civil Action No. 0429 CV 100, from the Southern Berkshire Division, District Court Department, Berkshire County, Great Barrington, Massachusetts to the United States District Court for the District of Massachusetts, a certified copy of which is attached hereto, was duly filed in the office of the Clerk

RECEIVED

AUG 2 3 2004

of the United States District Court for the District of Massachusetts, Boston, Massachusetts, on

August 16, 2004 and assigned Civil Action No. 04-30151-MAP.

NORTH AMERICAN VAN LINES, INC.<br>
By its attorneys,

August 19, 2004

                                                  Wesley S. Chused, BBO #083520
Patrick O. McAleer, BBO #642627
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2004, I served a copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** upon all parties hereto by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

    Nicholas L. Parsenios, Esq.
    49 Main Street
    P.O. Box 734
    Lee, MA 01238

                                                  Patrick O. McAleer