UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS HYMAN ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| NORTH AMERICAN VAN LINES, INC., ) | NO. 04-30151-MAP |
| ) | |
| *Defendant.* ) | |
| ) | |

## DEFENDANT'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

The defendant, North American Van Lines, Inc. ("North American"), and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendant North American and its counsel have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

NORTH AMERICAN VAN LINES, INC.

October 22, 2004          By: /s/ "Sandra J. Tompkins"
                               Sandra J. Tompkins

L:\5358\027\Pld\05doc

2

|  |  |
|---|---|
| October 25, 2004 | By: /s/ "Wesley S. Chused" |
|  | Wesley S. Chused (BBO#083520) |
|  | Attorney for North American Van Lines, Inc. |
|  | LOONEY & GROSSMAN LLP |
|  | 101 Arch Street |
|  | Boston, MA 02110 |
|  | (617) 951-2800 |