UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS HYMAN, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>) CIVIL ACTION<br>NORTH AMERICAN VAN LINES, INC., ) NO. 04-30151-MAP<br>)<br>    *Defendant*. )<br>) | |

## **JOINT STATEMENT**

The plaintiff, Thomas Hyman ("Hyman"), and the defendant, North American Van Lines, Inc. ("North American"), submit the following Joint Statement pursuant to this Court's Notice of Scheduling Conference, and agree as follows:

**Joint Discovery Plan.**

The parties propose the following discovery plan for the conduct of this litigation:

1. Other parties may be joined and the pleadings may be amended in accordance with Rules 14 and 15 of the Federal Rules of Civil Procedure.

2. Initial disclosures under Rule 26(a)(l), Fed. R. Civ. P. must be served by **November 30, 2004**.

3. Non-expert witness and fact discovery, including all depositions, must be concluded by **February 28, 2005**.

    4.    Plaintiff's expert witnesses must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) and expert's report(s) under Fed. R. Civ. P. 26(a)(2)(B) served by **March 31, 2005**.

    5.    Defendant's expert witnesses must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) and expert's report(s) under Fed. R. Civ. P. 26(a)(2)(B) served by **April 30, 2005**.

    6.    Expert witness depositions pursuant to Fed. R. Civ. P. 26(a)(2) must be taken by **June 30, 2005**.

**I.**    **Proposed Schedule for Filing of Motions.**

    1.    Parties may file motions to compel and seek other orders of the court as the need arises, subject to the provisions of this Court's Local Rules.

    2.    Dispositive motions must be filed by **July 31, 2005**.

    3.    Responses to dispositive motions must be filed by **August 31, 2005**.

    4.    The Court shall determine dates for a final pre-trial conference and for trial after the completion of discovery and determination of any dispositive motions filed by the parties.

    5.    Pursuant to Rule 26(f), the parties recommend no change "in the timing, form, or requirement for disclosures under subdivision (a) or local rule."

**II.**    **Certifications Under Local Rule 16.1(D)(3).**

Certifications required under Local Rule 16.1 (D)(3) are attached hereto or will be submitted separately by each party by the time of the scheduling conference.

3

At this time, the parties do not consent to submit this case to a magistrate judge.

| THOMAS HYMAN | NORTH AMERICAN VAN LINES, INC. |
| By his attorney, | By its attorneys, |

/s/ "Nicholas L. Parsenios"       /s/ "Wesley S. Chused"

Nicholas L. Parsenios, BBO #637511    Wesley S. Chused, BBO #083520
49 Main Street    Patrick O. McAleer, BBO #642627
P.O. Box 734    LOONEY & GROSSMAN LLP
Lee, MA 01238    101 Arch Street
(413) 243-4900    Boston, MA  02110
   (617) 951-2800

November 3, 2004