✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

### DISTRICT OF  MASSACHUSETTS

THOMAS HYMAN

V.

NORTH AMERICAN VAN LINES

**NOTICE**

CASE NUMBER:   04-30151-MAP

TYPE OF CASE:

⊠  **CIVIL**            **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

⊠  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|-------|-----------------------------------|----------------------------|
| Courtroom Three | **November 15, 2004 at 10:30 a.m.** | **November 22, 2004 AT 11:00 A.M.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 10, 2004

DATE

/s/ *Bethaney A. Healy*

(BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD