UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS HYMAN,<br>        Plaintiff<br><br>        v.<br><br>NORTH AMERICAN VAN LINES<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-30151-KPN |

SETTLEMENT ORDER OF DISMISSAL
November 15, 2004

    The court, having been advised on November 12, 2004 , that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk