UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS HYMAN, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| NORTH AMERICAN VAN LINES, INC., | ) ) | NO. 04-30151-MAP |
| *Defendant.* | ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims of the plaintiff in this action be dismissed with prejudice and without costs.

THOMAS HYMAN
By his attorney,

NORTH AMERICAN VAN LINES, INC.
By its attorneys,

/s/ Nicholas L. Parsenios
Nicholas L. Parsenios, BBO #637511
49 Main Street
P.O. Box 734
Lee, MA 01238
(413) 243-4900

/s/ Wesley S. Chused
Wesley S. Chused, BBO #083520
Patrick O. McAleer, BBO #642627
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

November 30, 2004

December 13, 2004

L:\5358\027\Pld\07 (Stipulation of Dismissal).doc